B3B (Official Form 3B) (11/11)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Karin A. Hills_____
Debtor(s)

Case No. _12-80274_

Chapter _7_

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ **DENIED.**

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _76.50_ on or before _2-17-12_

$ _76.50_ on or before _3-17-12_

$ _76.50_ on or before _4-17-12_

$ _76.50_ on or before _5-17-12_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ **SCHEDULED FOR HEARING.**

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on __ at __ _.m. at __. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _FEB 2 2012_

BY THE COURT:

_____
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

**In re:**

Karin A. Hills

Case No. 12-80274

      I certify that on February 2, 2012, I caused a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

**Karin A. Hills****
680 Genoa Street
Cherry Valley, IL 61016

**David L Davitt**
Schlueter Ecklund
4023 Charles Street
Rockford, IL 61108

**Daniel Donahue**
P O Box 2903
Rockford, IL 61132-2903

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

_____
Mimi Kuczynski, Courtroom Deputy